OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

**Christa K. Berry, Clerk**

Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, Maine 04101
(207) 780-3356



Margaret Chase Smith Federal Building and U.S. Courthouse
202 Harlow Street
Bangor, Maine 04401
(207) 945-0575

August 17, 2020

Business Office/Prisoner Accounts
MAINE CORRECTIONAL CENTER
17 MALLISON FALLS RD
WINDHAM, ME 04062

Re: RUSSELL C. JAY
2:20-cv-00219-NT

Dear Business Office:

Inmate Russell C. Jay has filed a civil action with this Court and has been granted leave to proceed *in forma pauperis*. Nevertheless, this inmate is required to pay the filing fee of $350.00. An initial, partial filing fee of $21.80 has been assessed pursuant to 28 U.S.C. § 1915(b), and should be forwarded as funds become available.

Subsequent payments of twenty percent (20%) of Plaintiff's prior monthly income are to be forwarded to the Court on behalf of this inmate when the amount in the inmate's account exceeds $10.00 until a total of $350.00 has been paid.

Sincerely,

Christa K. Berry
Clerk

By /s/Charity Pelletier
Deputy Clerk

cc: Pro se Plaintiff