# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| RUSSELL C. JAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 2:20-cv-00219-NT |
| | ) |
| MCC WINDHAM, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On January 12, 2021, the United States Magistrate Judge filed with the court, with a copy to the Plaintiff, his Recommended Decision (ECF No. 10), in which the Magistrate Judge recommended dismissal of the Amended Complaint if the Plaintiff had not filed an amended pleading within fourteen days. The time within which to file objections and to file an amended pleading has expired, and neither any objections nor an amended pleading has been filed. The Magistrate Judge notified the Plaintiff that failure to object would waive his right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Amended Complaint is **DISMISSED**.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 2nd day of February, 2021.